```
 1  IGNACIA S. MORENO
    Assistant Attorney General
 2  Environment and Natural Resources Division
    United States Department of Justice
 3  W. BENJAMIN FISHEROW - DC Bar No.: 964734
    Deputy Chief
 4  Environmental Enforcement Section
 5  ANGELA MO
    Trial Attorney
 6  BRADLEY R. O'BRIEN
    Senior Attorney
 7  Environmental Enforcement Section
    Environment and Natural Resources Division
 8  United States Department of Justice
    601 D. Street, NW
 9  Washington, DC 20004
    Tel.: (202) 514-2750
10  Fax: (202) 514-0097
    Email: Benjamin.fisherow@usdoj.gov
11         Angela.mo@usodj.gov
           Brad.obrien@usdoj.gov
12
13  Attorneys for Plaintiff United States of America
14
15
16                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
17                        SAN FRANCISCO DIVISION
18
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 09-4503 SI |
| | ) |
| | ) JOINT STIPULATION FOR |
| | ) CONTINUANCE OF INITIAL CASE |
| v. | ) MANAGEMENT CONFERENCE |
| | ) AND [PROPOSED] ORDER |
| PACIFIC GAS and ELECTRIC COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Local Rule 6-1(b) Plaintiff, the United States of America, and Defendant, Pacific Gas and Electric Company, hereby stipulate through their undersigned counsel that (1) the Initial Case Management Conference, which is currently set for 2:30 p.m. on January 22, 2010, be continued until 2:30 p.m. on March 26, 2010, or a date thereafter that is set by the Court; and (2) that Defendant be given until April 2, 2010, to answer or otherwise respond to the Complaint.

The parties respectfully submit that good cause exists for continuing the Initial Case Management Conference in this matter as follows:

1. On September 24, 2009, the United States concurrently filed a Complaint and lodged a Consent Decree resolving the claims alleged in the Complaint. (Docket Nos. 1 and 2.)

2. In its Notice of Lodging of the Consent Decree (Docket No. 3) the United States informed the Court that pursuant to 28 C.F.R. § 50.7, the United States would publish a notice of the proposed settlement in the Federal Register and accept public comment on the proposed Consent Decree for a period of 30 days. Notice was published in the Federal Register on October 5, 2009 (74 Fed. Reg. 51170-51171).

3. After the notice was published, the United States was contacted by and met with citizen groups seeking additional information on the proposed settlement.

4. On November 16, 2009, the parties filed a Joint Stipulation Extending Time for Defendant to Answer or Otherwise Respond to Complaint, requesting an extension of the public comment period, and an extension for PG&E to answer or respond to the Complaint to March 5, 2010.

5. The notice extending the public comment period was published in the Federal Register on November 9, 2009 (74 Fed. Reg. 57703), and the public comment period was extended to January 8, 2010.

6. The United States has received comments and is reviewing and fully considering the information provided. After this review is completed, the United States will request the Court to enter, not enter, or take other action concerning the Consent Decree. Therefore, there may be no need for the Court to hold a case management conference or for the Defendant to

answer the Complaint.

7. The parties therefore respectfully request that the Court postpone the Case Management Conference established in its Order Setting Case Management Conference (Docket No. 10) until 2:30 p.m. on March 26, 2010, or a date thereafter that is set by the Court and that PG&E be given until April 2, 2010, to answer or otherwise respond to the Complaint.

IT IS SO STIPULATED.

I, Bradley R. O'Brien, attest that concurrence in the filing of this joint stipulation has been obtained from Mr. Matthew A. Fogelson, the attorney for Defendant PG&E.

FOR THE UNITED STATES OF AMERICA

| January 8, 2010 | /s/Bradley R. O'Brien |
|---|---|
| Date | W. BENJAMIN FISHEROW |
|  | ANGELA MO |
|  | BRADLEY R. O'BRIEN |
|  | United States Department of Justice |

FOR PACIFIC GAS and ELECTRIC COMPANY

| January 8, 2010 | /s/Matthew A. Fogelson |
|---|---|
| Date | MATTHEW A. FOGELSON |
|  | Pacific Gas and Electric Company |

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED that:

(1)　the Initial Case Management Conference, which is currently set for 2:30 p.m. on January 22, 2010, shall be continued until 2:30 p.m. on March 26, 2010, or a date thereafter that is set by the Court; and

(2)　Defendant shall file an answer or otherwise respond to the Complaint by April 2, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____　　　　　　　_____
Date　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE