IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-4503 SI |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION TO INTERVENE** |
| v. | |
| PACIFIC GAS & ELECTRIC CO., | |
| Defendant. / | |

Communities for a Better Environment (CBE) has filed a motion to intervene as plaintiff. CBE is entitled to intervention as of right under Federal Rule of Civil Procedure 24(a)(1) and Section 304(b)(1)(B) of the Clean Air Act, 42 U.S.C. § 7604(b)(1)(B). Both the United States and PG&E have filed statements of non-opposition to the motion. Accordingly, the Court GRANTS CBE's motion to intervene as plaintiff and VACATES the March 12, 2010 hearing on the matter. (Docket No. 16).

**IT IS SO ORDERED.**

Dated: March 3, 2010

SUSAN ILLSTON
United States District Judge