W. BENJAMIN FISHEROW - DC Bar No.: 964734
Deputy Chief
Environmental Enforcement Section
ANGELA MO
Trial Attorney
BRADLEY R. O'BRIEN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
601 D Street, NW
Washington, DC 20004
Tel.: (202) 514-2750
Fax: (202) 514-0097
Email: Benjamin.fisherow@usdoj.gov
         Angela.mo@usdoj.gov
         Brad.obrien@usdoj.gov
Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil Action No. 09-4503 SI |
| and | ) JOINT STIPULATION FOR |
| COMMUNITIES FOR A BETTER ENVIRONMENT, | ) CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, REQUEST FOR STATUS CONFERENCE, STATUS REPORT, |
| Intervenor-Plaintiff, | ) STAY OF ADR REQUIREMENTS, AND [PROPOSED] ORDER |
| v. | ) |
| PACIFIC GAS and ELECTRIC COMPANY, | ) |
| Defendant. | ) |

1.  Pursuant to Local Rule 6-1(b), the United States of America ("United States"),

JOINT STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, REQUEST FOR STATUS CONFERENCE, STATUS REPORT, STAY OF ADR REQUIREMENTS, AND [PROPOSED] ORDER- Civil Action No. 09-4503 SI

Pacific Gas and Electric Company ("PG&E"), and Communities for a Better Environment ("CBE") hereby stipulate through their undersigned counsel and respectfully request of the Court that: (1) the Initial Case Management Conference, which is currently set for March 26, 2010, be continued; (2) a Status Conference be held on the date and at the time originally scheduled for the Initial Case Management Conference; and (3) all requirements and deadlines in this case related to the Court's Alternative Dispute Resolution ("ADR") programs be stayed.  The parties suggest that the future date for the Initial Case Management Conference be set at the proposed Status Conference.

2. The Court previously granted a request extending the date for the Initial Case Management Conference (Dockets Nos. 14 and 15).  This extension was requested in part because the United States published notice in the Federal Register (74 Fed. Reg. 57703) extending the public comment period beyond the original 30 day period (74 Fed. Reg. 51170-51171).  The United States extended the public comment period after meeting with citizens that sought additional information on the proposed settlement.  On March 3, 2010, the Court granted CBE's Motion to Intervene, which was not opposed by the United States or PG&E.  (Docket Nos. 16, 18, 20, 23).

3. The United States has been in separate discussions with PG&E and CBE regarding the proposed settlement.  In addition to these discussions, the United States is reviewing and fully considering the information provided during the public comment period.  At the conclusion of this process, the United States will request the Court to enter, not enter, or take other action concerning the Consent Decree.  Therefore, depending upon the future action taken, there may be no need to hold a case management conference or for the parties to file a joint case management statement.

4. Notwithstanding this request that the Initial Case Management Conference be continued, the parties believe it important to inform the Court of the status of this action.  Therefore, the parties respectfully request that a Status Conference be held on the date and at the time originally scheduled for the Initial Case Management Conference, at 2:30 p.m. on March

1 | 26, 2010.

2 |     5.    Furthermore, given the nature of this case, Court-mandated participation in the Court's ADR programs is unnecessary. Accordingly, the parties request that all ADR requirements and deadlines in this case be stayed until the Court orders otherwise.

    6.    As to discovery which cannot be propounded until a Case Management Conference is held, CBE reserves the right to request that the Court permit limited discovery prior to the Case Management Conference. Any such request will be separately made. PG&E reserves the right to oppose any such request. At this time, the United States takes no position on any such request but reserves the right to respond as appropriate.

    7.    CBE also reserves the right to move to join another defendant. PG&E reserves the right to oppose any such motion. At this time, the United States takes no position on any such motion but reserves the right to respond as appropriate.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

JOINT STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, REQUEST FOR STATUS CONFERENCE, STATUS REPORT, STAY OF ADR REQUIREMENTS, AND [PROPOSED] ORDER- Civil Action No. 09-4503 SI

IT IS SO STIPULATED.

I, Bradley R. O'Brien, attest that concurrence in the filing of this joint stipulation has been obtained from David R. Farabee, the attorney for Defendant PG&E, and Helen H. Kang, the attorney for Intervenor-Plaintiff CBE.

FOR THE UNITED STATES OF AMERICA

Date   March 16, 2010                    /s/Bradley R. O'Brien
                                                      W. BENJAMIN FISHEROW
                                                      ANGELA MO
                                                      BRADLEY R. O'BRIEN
                                                      United States Department of Justice

FOR PACIFIC GAS and ELECTRIC COMPANY

Date   March 16, 2010                    /s/David R. Farabee
                                                      DAVID R. FARABEE
                                                    Pillsbury Winthrop Shaw Pittman LLP

COMMUNITIES FOR A BETTER ENVIRONMENT

Date   March 16, 2010                    /s/Helen H. Kang
                                                      HELEN H. KANG
                                                    DEBORAH N. BEHLES
                                                    ADRIENNE BLOCH
                                                    Communities for a Better Environment

JOINT STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, REQUEST FOR STATUS CONFERENCE, STATUS REPORT, STAY OF ADR REQUIREMENTS, AND [PROPOSED] ORDER- Civil Action No. 09-4503 SI

- 4 -

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS ORDERED:

(1) the Initial Case Management Conference, which is currently set for 2:30 p.m. on March 26, 2010, is continued to a date that will be determined at the Status Conference;

(2) a Status Conference shall be held at 2:30 p.m. on March 26, 2010; and

(3) all requirements and deadlines in this case related to the Court's ADR programs–including those set forth at Civil L.R. 16-8 and in the ADR Local Rules–are stayed until further order.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____          _____
Date                                          SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE

JOINT STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, REQUEST FOR STATUS CONFERENCE, STATUS REPORT, STAY OF ADR REQUIREMENTS, AND [PROPOSED] ORDER- Civil Action No. 09-4503 SI

- 5 -