**U.S. Department of Justice**

Environment and Natural Resources Division

*Environmental Enforcement Section*
*P.O. Box 7611*
*Ben Franklin Station*
*Washington, DC 20044-7611*

*Telephone (202) 514-5271*
*Facsimile (202) 353-0296*
*Facsimile (202) 514-0097*

June 23, 2010

Honorable Susan Illston
United States District Judge
United States District Court - Northern District of California
450 Golden Gate Ave.
Courtroom 10, 19th Floor
San Francisco, California 94102

Re: United States et al. v. Pacific Gas and Electric Company
Civ. No. C-09-4503 SI

Dear Judge Illston:

At the suggestion of the Court's clerk, we are transmitting herewith for inclusion in the record of this proceeding, if the Court so chooses, the attached document. It is titled "CARE Comments on United States' Memorandum in Support of Motion to Enter Amended Consent Decree." It is dated June 14, 2010 and was submitted to the United States and several other entities via email on that date. The email address indicates the document was also submitted to the clerk of the Court, however our search of the current docket does not reveal it.

We note that CARE (Californians for Renewable Energy, Inc.) is not a party to this proceeding, and it is not entitled by local rule or otherwise to file pleadings in this proceeding. We also note that CARE filed a comment in opposition to the proposed amended consent decree during the extended public comment period, which was provided to the Court in its entirety as Appendix A8 (and attachments) to the United States' Memorandum in Support of its Motion to Enter the Amended Consent Decree.

Sincerely,

/s/ W. Benjamin Fisherow
W. Benjamin Fisherow
Deputy Chief
Environmental Enforcement Section