W. BENJAMIN FISHEROW - DC Bar No.: 964734
Deputy Chief
Environmental Enforcement Section
ANGELA MO
Trial Attorney
BRADLEY R. O'BRIEN - CA Bar No.: 189425
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
601 D Street, NW
Washington, DC 20004
Tel.: (202) 514-2750
Fax: (202) 514-0097
Email: benjamin.fisherow@usdoj.gov
       angela.mo@usdoj.gov
       brad.obrien@usdoj.gov

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　and<br><br>COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>　　　　Intervenor-Plaintiff,<br><br>　　　　v.<br><br>PACIFIC GAS and ELECTRIC COMPANY.<br><br>　　　　and<br><br>COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>　　　　Intervenor-Plaintiff,<br>　　　　v.<br><br>BAY AREA AIR QUALITY MANAGEMENT DISTRICT, and JACK BROADBENT, in his capacity as AIR POLLUTION CONTROL OFFICER OF BAY AREA AIR QUALITY MANAGEMENT DISTRICT.<br><br>　　　　Defendants. | Civil Action No.  09-4503 SI<br><br>SECOND JOINT STATUS REPORT AND [PROPOSED] ORDER |

SECOND JOINT STATUS REPORT AND [PROPOSED] ORDER – CIVIL ACTION NO. 09-4503 SI

In a Joint Status Report filed on July 29, 2010, the United States, Pacific Gas & Electric Company ("PG&E"), and Communities for a Better Environment ("CBE") notified the Court that they would consider further amendments to the Amended Consent Decree that might resolve the outstanding issues. *See Joint Status Report (Docket No. 84)*.

Consistent with the Joint Status Report, the parties have conferred to discuss specific proposals for further amendments to the Amended Consent Decree. As a result of these significant discussions, the United States and PG&E have reached agreement on the terms of a Second Amended Consent Decree that imposes stricter environmental controls than would have been required by the Amended Consent Decree and includes other changes necessary to conform the Second Amended Consent Decree to those new provisions.

While CBE agrees that the proposed Second Amended Consent Decree imposes stricter environmental controls, CBE still objects to the decree because CBE contends it still does not contain lower emissions limits that reflect the best available control technology, does not increase the penalty of $20,000, and requires no additional mitigation projects that would benefit the community.

The United States has determined that the Second Amended Consent Decree will not be republished for additional public comment. The parties therefore request that the Court set the following schedule. The United States intends to file a Second Amended Consent Decree on or before October 12, 2010. Each party will be permitted to file one additional brief in connection with this matter on or before a date two weeks thereafter -- October 26, 2010. The parties respectfully request that a hearing be scheduled for November 12, 2010, or at the Court's convenience. The November 12, 2010 hearing would relate to the United States' Motion to Enter the Second Amended Consent Decree and BAAQMD's pending Motion to Dismiss the complaint filed by CBE. *Docket No. 73*. The attached Proposed Order incorporates other provisions of the Joint Status Report deeming previously filed pleadings to be refiled and limiting the parties to filing one additional brief relating to the Second Amended Consent Decree.

I, Bradley R. O'Brien, attest that concurrence in the filing of this Second Joint Status Report has been obtained from David Farabee, attorney for Defendant PG&E; Deborah N. Behles, attorney for Intervenor-Plaintiff CBE; and Alexander G. Crockett, attorney for Defendant Bay Area Air Quality Management District.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

Date   September 27, 2010          /s/ Bradley R. O'Brien
                                   W. BENJAMIN FISHEROW
                                   ANGELA MO
                                   BRADLEY R. O'BRIEN
                                   United States Department of Justice

FOR PACIFIC GAS and ELECTRIC COMPANY

Date   September 27, 2010          /s/ David Farabee
                                   DAVID FARABEE
                                   Pillsbury Winthrop Shaw Pittman LLP

FOR COMMUNITIES FOR A BETTER ENVIRONMENT

Date   September 27, 2010          /s/ Deborah N. Behles
                                   HELEN H. KANG
                                   DEBORAH N. BEHLES
                                   ADRIENNE BLOCH
                                   Communities for a Better Environment

FOR THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT

Date   September 27, 2010          /s/ Alexander G. Crockett
                                   BRIAN C. BUNGER
                                   ALEXANDER G. CROCKETT
                                   Bay Area Air Quality Management District

[PROPOSED] ORDER

GOOD CAUSE APPEARING,

1. A hearing is scheduled for November 10, 2010, beginning at 9 a.m. The Court will hear the United States' Motion to Enter the Second Amended Consent Decree, and the Bay Area Air Quality Management District's Motion to Dismiss the complaint filed by Communities for a Better Environment ("CBE"). *Docket No. 73.*

2. The United States' proposed Second Amended Consent Decree shall be filed no later than October 12, 2010. The United States, PG&E, and CBE may file one additional brief (not to exceed 25 pages) by no later than October 26, 2010, in support of, or in opposition to entry of the decree.

3. The Court deems the United States' Motion to Enter Amended Consent Decree and corresponding memorandum, originally filed on May 13, 2010 (*Docket No. 51*), to be refiled, and the Court deems the responsive memoranda filed by PG&E and CBE to be refiled. *Docket Nos. 72 and 75-76*, respectively.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____        _____
Date                                            SUSAN ILLSTON
                                                     UNITED STATES DISTRICT JUDGE