W. BENJAMIN FISHEROW - DC Bar No.: 964734
Deputy Chief
Environmental Enforcement Section
ANGELA MO
Trial Attorney
BRADLEY R. O'BRIEN - CA Bar No.: 189425
Senior Attorney
Environmental Enforcement Section
United States Department of Justice
601 D Street, NW
Washington, DC 20004
Tel.: (202) 514-2750
Fax: (202) 514-0097
Email: benjamin.fisherow@usdoj.gov
       angela.mo@usdoj.gov
       brad.obrien@usdoj.gov

Attorneys for Plaintiff United States of America

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> and <br><br> COMMUNITIES FOR A BETTER ENVIRONMENT, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> PACIFIC GAS and ELECTRIC COMPANY. <br><br> Defendant, <br><br> and <br><br> COMMUNITIES FOR A BETTER ENVIRONMENT, <br><br> Intervenor-Plaintiff, <br> v. <br><br> BAY AREA AIR QUALITY MANAGEMENT DISTRICT, and JACK BROADBENT, in his capacity as AIR POLLUTION CONTROL OFFICER OF BAY AREA AIR QUALITY MANAGEMENT DISTRICT. <br><br> Defendants. | Civil Action No.  09-4503 SI <br><br> UNOPPOSED REQUEST BY PLAINTIFF UNITED STATES TO RESCHEDULE HEARING AND [PROPOSED] ORDER |

UNOPPOSED REQUEST BY PLAINTIFF UNITED STATES TO RESCHEDULE HEARING
AND [PROPOSED] ORDER – CIVIL ACTION NO. 09-4503 SI

1   Due to a conflict with international travel previously scheduled by the United States's
2   lead counsel, Plaintiff the United States respectfully requests that the Court reschedule the
3   hearing currently calendared for December 16, 2010, to December 1, 2, or 3, 2010.  [See Docket
4   No. 93 (continuing November 10 hearing to December 16).]  Alternatively, the United States
5   requests that the hearing be rescheduled for a date during January 10 through 27, 2011, or
6   January 31, 2011.  The other parties—Pacific Gas & Electric Company ("PG&E"), Communities
7   for a Better Environment ("CBE"), and the Bay Area Air Quality Management District and Jack
8   Broadbent (collectively "the District")—do not oppose this request.

9   The hearing's purpose is to hear the United States's Motion to Enter the Second
10  Amended Consent Decree and the District's Motion to Dismiss.  Subject to the Court's
11  convenience, because the parties do not wish to delay resolution of the outstanding motions, they
12  prefer the hearing to be rescheduled for December 1, 2, or 3 rather than January, if possible.

13  I, Bradley R. O'Brien, attest that concurrence in the filing of this Unopposed Request has
14  been obtained from David Farabee, attorney for Defendant PG&E; Deborah N. Behles, attorney
15  for Intervenor-Plaintiff CBE; and Alexander G. Crockett, attorney for Defendant the District.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

Date    November 5, 2010            /s/ Bradley R. O'Brien
                                    W. BENJAMIN FISHEROW
                                    ANGELA MO
                                    BRADLEY R. O'BRIEN
                                    United States Department of Justice

FOR PACIFIC GAS and ELECTRIC COMPANY

Date    November 5, 2010            /s/ David Farabee
                                    DAVID FARABEE
                                    Pillsbury Winthrop Shaw Pittman LLP

UNOPPOSED REQUEST BY PLAINTIFF UNITED STATES TO RESCHEDULE HEARING
AND [PROPOSED] ORDER – CIVIL ACTION NO. 09-4503 SI                                 2

FOR COMMUNITIES FOR A BETTER ENVIRONMENT

Date   November 5, 2010         /s/ Deborah N. Behles
                                          HELEN H. KANG
                                          DEBORAH N. BEHLES
                                          ADRIENNE BLOCH
                                          Communities for a Better Environment

FOR THE BAY AREA AIR QUALITY MANAGEMENT DISTRICT

Date   November 5, 2010         /s/ Alexander G. Crockett
                                          BRIAN C. BUNGER
                                          ALEXANDER G. CROCKETT
                                          Bay Area Air Quality Management District

1
2                           [PROPOSED] ORDER

3   GOOD CAUSE APPEARING,
4
5   The December 16, 2010, hearing is hereby rescheduled for __January 21, 2011_____,
6   beginning at __9:00 a.m.__. The Court will hear the United States's Motion to Enter the Second
7   Amended Consent Decree and the Bay Area Air Quality Management District's Motion to
8   Dismiss the complaint filed by Communities for a Better Environment.
9
10  IT IS SO ORDERED.
11
12  _____          _____
    Date                          SUSAN ILLSTON
13                                UNITED STATES DISTRICT JUDGE