**United States District Court**
For the Northern District of California

1
2
3
4
5               IN THE UNITED STATES DISTRICT COURT
6            FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   UNITED STATES OF AMERICA,                    No. C 09-4503 SI
9               Plaintiff,                       **ORDER CONTINUING HEARING ON**
            and                                  **WILD EQUITY'S MOTION TO**
10                                               **INTERVENE AND UNITED STATES'**
    COMMUNITIES FOR A BETTER                     **MOTION TO ENTER AMENDED**
11  ENVIRONMENT,                                 **CONSENT DECREE; AND ORDERING**
                                                 **FURTHER BRIEFING**
12               Intervenor-Plaintiff,
13     v.
14  PACIFIC GAS & ELECTRIC,
15               Defendant.
                                           /
16

17          There are several motions scheduled for a hearing on January 21, 2011.  The Air District's

18  motion to dismiss CBE's amended complaint will remain on calendar on January 21, 2011.

19          The Court has reviewed the briefs on Wild Equity Institute's motion to intervene, and finds that

20  further briefing is warranted.  The Court finds that serious questions have been raised as to the

21  timeliness of Wild Equity's motion to intervene, and the Court is not persuaded by Wild Equity's

22  contention that it may intervene as of right pursuant to the Clean Air Act.  However, the parties' papers

23  did not thoroughly address the question of whether the proposed consent decree constitutes an "agency

24  action" that triggers the consultation requirements of the Endangered Species Act.

25          Accordingly, the Court continues the January 21, 2011 hearing on Wild Equity's motion and the

26  United States' motion to enter the amended consent decree to **February 25, 2011 at 9:00 am.**  The

27  United States, PG&E and Wild Equity shall submit simultaneous supplemental briefs on the question

28  of whether the proposed consent decree is an "agency action" under the ESA by **February 4, 2011,** and

simultaneous reply briefs by **February 11, 2011.**

       **IT IS SO ORDERED.**

Dated: January 19, 2011

_____
SUSAN ILLSTON
United States District Judge