IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-4503 SI |
|     Plaintiff,<br>and<br>COMMUNITIES FOR A BETTER ENVIRONMENT,<br>    Intervenor-Plaintiff,<br>  v.<br>PACIFIC GAS & ELECTRIC,<br>    Defendant.                   / | **JUDGMENT** |

The Court has approved the proposed consent decree and hereby ENTERS the proposed second amended consent decree found at Docket No. 89-1. The second amended consent decree shall constitute a final judgment of the Court as to the United States and PG&E, and CBE's claims against PG&E.

The Court dismissed CBE's claims against the Bay Area Air Quality Management District ("BAAQMD") and Jack P. Broadbent, and judgment is hereby entered against CBE and in favor of defendants BAAQMD and Jack Broadbent on those claims.

The Court enters final judgment in this action and dismisses it with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 3, 2011

_____
SUSAN ILLSTON
United States District Judge